Michael A. Guadagno, OSB #131676
BULLIVANT HOUSER BAILEY PC
925 Fourth Avenue, Suite 3800
Seattle, WA 98104
Telephone: 503.228.6351
Facsimile: 503.295.0915

Attorneys for Plaintiff Ohio Security Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> PDX NAILS, LLC, HAI NGUYEN, TAM NGUYEN, and S.R., <br><br> Defendants. | Civil No. 3:24-cv-1809-AN <br><br> **NOTICE OF SETTLEMENT** |

    Notice is hereby given that the parties have agreed upon terms of settlement that resolve the claims in the above-captioned matter.

    Plaintiffs respectfully request that the Court vacate all pending deadlines and hearings in light of this settlement. Plaintiffs anticipate filing a stipulation of dismissal with prejudice in due course.

Bullivant|Houser|Bailey PC

925 Fourth Avenue, Suite 3800
Seattle, WA 98104
Telephone: 206-292-8930

NOTICE OF SETTLEMENT
Page 1

DATED:  March 31, 2025

                    BULLIVANT HOUSER BAILEY PC

              By  */s/ Michael A. Guadagno*
                    **Michael A. Guadagno**, OSB #131676
                    Telephone: 503.228.6351
                    E-mail: michael.guadagno@bullivant.com

                    Attorneys for Plaintiff Ohio Security Insurance Company

4920-2837-0734.1 03387/00869

Bullivant|Houser|Bailey PC

925 Fourth Avenue, Suite 3800
Seattle, WA 98104
Telephone: 206-292-8930

**NOTICE OF SETTLEMENT**
**Page 2**

## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Oregon that on this date I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Paul A. Mockford, OSB No. 105729
Carly D. Taylor, OSB No. 206694
PATERNOSTER FARNELL & GREIN, LLP
1030 SW Morrison Street
Portland, Oregon 97205
Telephone: (503) 222-1812
pmockford@pfglaw.com
ctaylor@pfglaw.com

*Attorneys for Defendants PDX Nails, LLC, Hai Nguyen, and Tam Nguyen*

Amity Girt, OSB 042605
THE LAW OFFICE OF JOSH LAMBORN, P.C.
50 S.W. Pine Street, No. 301
Portland, Oregon 97204
amity@pdxinjury.com

*Attorney for Defendant S.R.*

Dated: March 31, 2025

By  */s/ Michael A. Guadagno*
**Michael A. Guadagno**, OSB #131676
Telephone: 503.228.6351

Bullivant|Houser|Bailey PC

925 Fourth Avenue, Suite 3800
Seattle, WA 98104
Telephone: 206-292-8930

NOTICE OF SETTLEMENT
**Page 3**